UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J KORESKO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TURHAN COOK, an individual, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-01432-DAD-JLT<br><br>ORDER DISREGARDING MISCELLANEOUS MOTION<br><br>(Doc. 6) |

On November 8, 2021, plaintiff filed a miscellaneous motion, which includes nonsensical allegations. (Doc. 6.) On October 21, 2021, the Court dismissed the complaint with leave to file an amended complaint. (Doc. 5.) Accordingly, plaintiff's motion is **DISREGARDED**, and plaintiff is **DIRECTED** to file a first amended complaint in accordance with the Court's previous order.

IT IS SO ORDERED.

　　Dated:　**November 10, 2021**　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE