1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN J KORESKO,                        Case No.  1:21-cv-01432-DAD-BAK (EPG)

12          Plaintiff,

13      v.                                   ORDER GRANTING MOTION TO
                                             PROCEED *IN FORMA PAUPERIS*
14   TURHAN COOK, et al.,

15          Defendants.

16                                           (ECF Nos. 3, 4)

17

18          Plaintiff John Koresko is proceeding *pro se* in this action. On October 6, 2021 and

19   October 13, 2021, Plaintiff submitted a motion to proceed *in forma pauperis*. (ECF Nos. 3, 4.)

20   Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, his motion to

21   proceed *in forma pauperis* is GRANTED.

22

     IT IS SO ORDERED.

23

24      Dated:   **April 22, 2022**            /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                    1